1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOE FRANK HARRISON, JR.,

12              Plaintiff,                        No.  CIV S-07-1661 DAD

13         v.

14    MICHAEL J. ASTRUE,                          ORDER TO SHOW CAUSE
      Commissioner of Social Security, [1]

15              Defendant.

16
      _____/

17

18              On August 14, 2007, the court issued a scheduling order which required plaintiff to

19    complete service of process within twenty days from the filing of the complaint.  The required time has

20    now expired, and there is no indication in the court file that plaintiff has properly served the summons

21    and complaint.

22    /////

23    /////

24    /////

25    _____

26         [1] Michael J. Astrue has been substituted for Jo Anne B. Barnhart as defendant in this suit
      pursuant to 42 U.S.C. § 405(g) and Fed. R. Civ. P. 25(d)(1).

                                                    1

Accordingly, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.  Failure to <u>timely</u> file the required writing will result in dismissal of the action.

DATED: November 15, 2007.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.socsec/harrison1661.osc.service