IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE FRANK HARRISON, JR.,

    Plaintiff,                                  No. CIV S-07-1661 DAD

    v.

MICHAEL J. ASTRUE,                    ORDER
Commissioner of Social Security,

    Defendant.

_____/

        By order filed November 15, 2007, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution. On December 5, 2007, plaintiff filed a response to the order to show cause indicating that the summons and complaint have now been served.

        Accordingly, IT IS HEREBY ORDERED that the order to show cause filed on November 15, 2007 is discharged and this matter will proceed according to the terms of the court's scheduling order filed on August 14, 2007.

DATED: December 6, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/harrison1661.discharge.osc