IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE FRANK HARRISON, JR.,

    Plaintiff,                          No.  CIV S-07-1661 DAD

    v.

MICHAEL J. ASTRUE,                ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.
_____/

        On August 14, 2007, the court issued a scheduling order along with a form entitled "Consent to Assignment or Request for Reassignment," which allows a party to consent to proceed before a United States Magistrate Judge, or request reassignment of this case to a United States District Judge.  Pursuant to Appendix A(j) of the Local Rules, and as directed in the "Order Re Consent or Request for Reassignment" accompanying that form, all parties were to execute the form and return it to the Clerk of the Court within ninety days from the date the action was filed.  The Local Rules also required plaintiff to serve a copy of these documents on all parties to the action and file a proof of service with the court.  See L.R., App. A(j).  The required time has now expired and plaintiff has not returned the necessary form to the court.

        Accordingly, the court HEREBY ORDERS plaintiff to show cause in writing within ten days why the necessary document has not been filed with the court.  The filing by plaintiff of an

1 executed "Consent to Assignment or Request for Reassignment" form will be deemed compliance with
2 this order.
3 DATED: January 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/harrison1661.osc