1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE FRANK HARRISON, JR.,

      Plaintiff,                                No. CIV S-07-1661 DAD

      v.

MICHAEL J. ASTRUE,                     ORDER
Commissioner of Social Security,

      Defendant.

_____/

        By order filed November 15, 2007, plaintiff was directed to show cause why this case should not be dismissed for lack of prosecution due to failure to file evidence of service of process. Upon consideration of plaintiff's timely response, the order to show cause was discharged by the court on December 7, 2007. By order filed January 15, 2008, plaintiff was directed to show cause for his failure to file a form either consenting to proceed before a magistrate judge or requesting reassignment to a district judge. Counsel having filed the required form, the second order to show cause will be discharged.

        Plaintiff's counsel is referred to paragraph 8 of the scheduling order issued in this action on August 14, 2007:

> The court will not contact counsel or the parties to remind them of these scheduling deadlines. Failure to adhere to the schedule outlined above may result in sanctions, including dismissal. L.R.

1

1 11-110.  Plaintiff has an affirmative duty to prosecute this action, and failure to do so may result in a dismissal with prejudice for lack of prosecution.  Fed. R. Civ. P. 41(b).

Scheduling Order filed Aug. 14, 2007, at 3.  Plaintiff is cautioned that failure to file a motion for summary judgment and/or remand within the time specified in paragraph 3 of the scheduling order may result in an order summarily dismissing the action for lack of prosecution, as the court is not inclined to issue a third order to show cause in this case.

IT IS HEREBY ORDERED that the order to show cause filed on January 15, 2008 is discharged.

DATED: January 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/harrison1661.discharge.secondosc