IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE FRANK HARRISON, JR.,

       Plaintiff,                              No. CIV S-07-1661 DAD

     v.

MICHAEL J. ASTRUE,                    ORDER
Commissioner of Social Security,

       Defendant.
_____/

        On March 3, 2008, defendant filed a motion to dismiss plaintiff's complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.[1] The motion shall be briefed as set forth in this order. See Local Rule 78-230(h).

        Plaintiff is cautioned that failure to file written opposition or a statement of no opposition in accordance with this order may be deemed a waiver of any opposition to the granting of the motion. See Local Rule 11-110.

/////

/////

/////

---

[1] The caption of defendant's motion contains an incorrect case number. The correct number is shown on this order and may also be written as 2:07-cv-01661 DAD (SS).

1

IT IS HEREBY ORDERED that:

1. Plaintiff's opposition or statement of non-opposition to defendant's motion to dismiss shall be filed on or before April 7, 2008; and

2. Any reply by defendant shall be filed on or before May 12, 2008.

DATED: March 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/harrison1661.mtd.brfg