IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE FRANK HARRISON, JR.,

    Plaintiff,                            No. CIV S-07-1661 DAD

    v.

MICHAEL J. ASTRUE,               ORDER
Commissioner of Social Security,

    Defendant.

_____/

    Defendant has moved to dismiss plaintiff's complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. Defendant's motion is grounded on evidence that plaintiff's complaint was not timely filed. Plaintiff has filed a statement of non-opposition to the motion. Accordingly, IT IS HEREBY ORDERED that:

    1. Defendant's March 3, 2008 motion to dismiss the complaint is granted; and

    2. The Clerk of the Court is directed to close this case.

DATED: April 22, 2008.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/harrison1661.mtd.order